UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-49 |
| V. | ) | (Jordan /Shirley) |
| | ) | |
| LARRY EUGENE COSTNER | ) | |
| | ) | |
| Defendant | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on defendant Larry Eugene Costner's Motion To Extend Motion Cut-Off Deadline [Doc. 14]. The defendant asks the Court to extend his June 11, 2007, motions deadline to June 25, 2007, due to an unusually busy caseload and the need for further investigation in the case. The government does not oppose the request, but asks for an extended period in which to respond due to previous travel commitments.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions and the deadline is extended to June 25, 2007. Should pretrial motions be filed, the government responses will be due July 9, 2007. The Court will consider extending the time for the government to file responses upon request, should any pretrial motions be filed, to include a motion to continue the trial date as suggested in Mr. Costner's Motion to Extend Motion Cut-Off Deadline.

Accordingly, Mr. Costner's Motion to Extend Motion Cut-Off Deadline **[Doc. 14]** is **GRANTED**. Pretrial motions will be filed by **June 25, 2007**, and any responses are due July 9, 2007.

**IT IS SO ORDERED.**

ENTER:


  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge